AUSA: Benjamin C. Coats        Telephone: (313) 226-9641
Task Force Officer: Robert Upchurch, F.B.I.        Telephone: (313) 965-2323

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Chozen Hannah | Case: 2:22−mj−30089<br>Assigned To : Unassigned<br>Assign. Date : 2/23/2022<br>Description: RE: CHOZEN HANNAH (EOB) |

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12-01-21, 1-13-22, 1-26-22, and 2-01-22__ in the county of __Wayne and Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Robbery which affected interstate commerce; and |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Agent Robert Upchurch, F.B.I.
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __February 23, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__    Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

The affiant, being duly sworn, deposes and states the following:

1. I am a deputy with the Oakland County Sheriff's Office (OCSO) assigned as a Task Force Officer (TFO) to the Federal Bureau of Investigation (FBI) Oakland County Gang and Violent Crime Task Force (OCGVCTF). During my employment with the OCSO, which includes my assignment with the FBI OCGVCTF, I have had experience in the investigation, apprehension, and prosecution of individuals involved in violent crime, to include federal criminal offenses.

2. I have personal knowledge of the facts set forth herein or have been provided information by other law enforcements officers having personal knowledge of the facts set forth herein. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included each and every fact known to me concerning this investigation, rather I have set forth only the facts necessary to establish probable cause.

3. I am investigating the following series armed robberies that occurred in the Eastern District of Michigan:

    a. December 1, 2021, at the 7-11 located at 710 Benstien Road, Commerce, Michigan,

    b. January 13, 2022, at the Marathon gas station located at 23645 Ford Road, Dearborn, Michigan,

    c. January 26, 2022, at the 7-11 located at 710 Benstien Road, Commerce, Michigan, and

    d. February 1, 2022, at the Old West Tobacco located at 45029 W. Pontiac Trail, Novi, Michigan.

4. On December 1, 2021, at approximately 3:14 a.m., a male wearing a black pants, black hooded sweatshirt, black ski mask, and white shoes, and carrying a black backpack with pink flowers on it, entered the 7-11 located at 710 Benstein Road, Commerce Township, Michigan. The subject approached the front counter and produced a black handgun in his right hand, pointed it at the clerk and placed the backpack on the counter. The subject pulled back the slide of the gun in a motion of chambering a round. After the money was placed into the bag, the subject fled the store.

5. On January 13, 2022, at approximately 4:36 a.m. a male wearing a black pants, black hooded sweatshirt, black ski mask, black and white gloves, and white shoes, and carrying a black backpack with pink flowers on it, entered the Marathon gas station located at 23645 Ford Road, Dearborn Michigan. The subject approached the counter, placed the backpack on the counter, and walked around to the rear of the counter where the clerk was. He produced a black handgun and

demanded the clerk put the money in the bag. The subject pressed the gun to the clerk's back during the robbery. The subject also took 18 Backwoods cigars before leaving. A .40 caliber bullet was retrieved from the store on the floor near the counter after the incident.

6. On January 26, 2022, at approximately 11:22 p.m., a male wearing black pants, black hooded sweatshirt, black ski mask, black and white gloves, and white shoes, and carrying a black backpack with pink flowers on it, entered the 7-11 located at 710 Benstein Road, Commerce Township, Michigan. The subject approached the front counter and produced a black handgun in his right hand, pointed it at the clerk, and placed the backpack on the counter. The subject then told the clerk to put all the money in the backpack. The clerk initially refused but complied after the subject pulled back the slide of the gun in a motion of chambering a round and ejected a round onto the counter. This round, which was recovered later, was .40 caliber. After the money was placed into the bag, the subject fled the store.

7. On February 1, 2022, at approximately 7:48 p.m., a male wearing black pants, black hooded sweatshirt, black ski mask with pink or red hair sticking out, black and white gloves, and white shoes, and carrying a black backpack with pink flowers on it, entered the Old West Tobacco store located at 45029 W. Pontiac Trail, Novi, Michigan. The subject approached the front counter and

produced a black handgun in his right hand, pointed it at the clerk and placed the backpack on the counter. The subject demanded the clerk put everything in the bag. After the money was placed into the bag, the subject took several boxes of cigars and then fled the store.

8. The Dearborn Police Department received information on a possible suspect for the armed robbery in Dearborn, Michigan. The person reporting the information received it from another person who wanted to remain anonymous. The individual stated that the possible suspect used a Snap Chat profile of "Sabali" under account name "Chozenn_One." The Dearborn Police Department checked the Snap Chat profile and observed it had been changed to "ChozenWrld." Further investigation of social media accounts located a public Tik Tok profile for "ChozenWrld." The Dearborn Police Department then identified HANNAH from the social media account(s).

9. A search of the Michigan Secretary of State database for HANNAH revealed that he is a light-complexioned black male, 5'7" tall and approximately 172 pounds. HANNAH's physical characteristics are consistent with the physical descriptions provided by victims of the armed robberies described above, though some victims' height estimates were taller, and the victims in three of the robberies described the offender as white. Based on my training and experience, I believe due to HANNAH's light complexion, the victims of armed robberies, observing

him under the circumstances and wearing the clothing described above, could describe him as either white or black.

10. The OCGVCTF observed the Tik Tok profile and positively identified HANNAH in several videos with half of his hair dyed pinkish purple. In addition, a video was located from September 24, 2020, with HANNAH wearing white Nike tennis shoes with accents of red. These shoes are similar in appearance to the shoes worn in the above referenced armed robberies.

11. A review of the surveillance video from each armed robbery location has led to the belief that same black backpack with a multicolored design was used in each.

12. Law Enforcement developed a possible residence for HANNAH on Virgil in Redford, Michigan.

13. On February 9, 2022, surveillance was conducted at HANNAH's suspected residence in Redford, Michigan. During the surveillance, a Chevrolet Malibu bearing Michigan license plate number EKT1741 parked was in the driveway of the residence. A search of the Michigan Secretary of State database revealed that this vehicle was registered to HANNAH. Surveillance later observed HANNAH standing in the front yard of the residence wearing a multi-colored head covering, which appeared be one similar that he wore in a Tik Tok video. Shortly thereafter, HANNAH was observed standing in the open garage of the residence.

14. On February 11, 2022, surveillance was again conducted at 9096 Virgil, Redford, Michigan. Parked in the driveway of the residence was HANNAH's Chevrolet Malibu. During the surveillance, HANNAH exited the residence and entered the front driver's side of the Chevrolet Malibu that was registered to him. Shortly thereafter, HANNAH departed the area in the vehicle and entered the Pet Supplies Plus parking lot located at 14835 Telegraph, Redford Charter Township, Michigan.

15. On February 14, 2022, a State of Michigan search warrant was authorized for location information from T-Mobile on telephone number (313) 354-XXXX, which was believed to be used by HANNAH. This telephone number was listed for HANNAH in police reports from June 2021, December 2021, and February 2022.

16. The records provided by T-Mobile revealed location information of the cellular device using this telephone number was consistent with being in the geographic area of/around the locations of the above-described armed robberies around the reported times for each incident. In addition, the records revealed that the location information from this cellular device was consistent with the movement of HANNAH on February 11, 2022, from 9096 Virgil, Redford, Michigan, to the Pet Supplies Plus parking lot.

17. On February 23, 2022, pursuant to a State of Michigan search warrant, a search was conducted at HANNAH's suspected residence in Redford, Michigan, described above. At the time of the execution of the search warrant, HANNAH was found in the residence. A search of the residence led to the seizure of items believed to be used in the armed robberies including a black Glock handgun, a black backpack with a floral pattern, a skeleton full body suit, and white Nike tennis shoes.

18. After being advised of his Miranda rights, HANNAH stated his telephone number was (313) 354-XXXX (the same as the number for which location records had been obtained and analyzed, as described above) and that he had that same number for years. HANNAH admitted to committing all four of the above-described armed robberies and acknowledged using the black backpack with a floral pattern in all four of the armed robberies. HANNAH explained that skeleton gloves observed during the armed robberies were actually part of a full body skeleton suit.

19. Based on my training, experience, and knowledge of this investigation, I believe the aforementioned businesses are involved in interstate commerce, including but not limited to customarily purchasing and reselling goods from outside the State of Michigan.

20. Your affiant believes that probable cause exists that on or about December 1, 2021, January 13, 2022, January 26, 2022, and February 1, 2022, CHOZEN HANNAH did commit robbery which affected interstate commerce and possess a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Sections 1951(a) and 924(c).

_____
Robert Upchurch, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

February 23, 2022